NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALDEN LEEDS INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-1280

---

Appeal from the United States Court of International Trade in case no. 09-CV-0476, Judge Richard K. Eaton.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 21-day extension of time, until August 22, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 0 5 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph B. Fiorenzo, Esq.
     Arlene Pianko Groner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 0 5 2011**

**JAN HORBALY**
**CLERK**